**Order entered September 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01308-CR

### GARY LEE CHAPPELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1776639-N**

## ORDER

Before the Court is the State's September 6, 2019 motion for an extension of time to file its brief. The motion is **GRANTED**, and the brief tendered to the Court along with the motion is deemed filed as of the date of this order.

/s/     ADA BROWN
           PRESIDING JUSTICE